# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

---------------------------------------------------------------- x

CONSTANCE HENRY, on behalf of herself
and all others similarly situated,

     Plaintiffs,

    v.

Brandefy, Inc.,

    Defendant.

---------------------------------------------------------------- x

Case no. 1:25-cv-10325

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

  **PLEASE TAKE NOTICE,** that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

  Dated: March 27, 2026

       EQUAL ACCESS LAW GROUP, PLLC

       *Attorneys for Plaintiff*

       **/s/ David B. Reyes**
       By: David B. Reyes, Esq.
       68-29 Main Street,
       Flushing, NY 11367
       O: (844) 731-3343
       C: (718) 554-0237
       Email: Dreyes@ealg.law